**Order entered September 24, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00892-CV

## DAVIS D. GILLIS, DAVE RICHARDSON, AND BARRY CLAUSS, Appellants

## V.

## PROVOST & UMPHREY LAW FIRM, LLP, JOE KENDALL, KENDALL LAW GROUP, LLP, AND BRIAN P. KENNEY, Appellees

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-10-15198

## ORDER

We **GRANT** appellants' September 12, 2013 motion for partial dismissal. Appellants have informed the Court that they no longer wish to pursue this appeal as to appellees, Brian P. Kenney and the Kendall Law Group, LLP. Accordingly, we **DISMISS** this appeal as to appellees, Brian P. Kenney and the Kendall Law Group, LLP. Subject to any agreement between the parties, we **ORDER** that appellees, Brian P. Kenney and the Kendall Law Group, LLP, recover their costs of this appeal from appellants.

/s/     DAVID LEWIS
          JUSTICE